UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSEPH LABOZZETTA,

        Plaintiff,

   -against-

MLJB PIZZA OF BOHEMIA, INC. and
JOHN BALBI,

        Defendants.
---------------------------------------------------------------X

Index No.: 2:20-cv-03360 (EK)(SIL)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

Dated: Garden City, New York
       December 9, 2020

For the Plaintiff:
**LAW OFFICES OF JAMES F. SULLVIAN, PC**

By: _____
   James F. Sullivan, Esq.
   *Attorneys for Plaintiff*
   52 Duane Street, Seventh Floor
   New York, NY 10007
   (212) 374-0009

For the Defendants:
**FRANKLIN GRINGER & COHEN, P.C.**

By: _____
   Joshua Marcus, Esq.
   *Attorneys for Defendants*
   666 Old Country Road,
   Suite 202
   Garden City, New York 11530
   (516) 228-3131

So Ordered:
_____
Hon. STEVEN I. LOCKE

-12-